(Official Form 1) (12/03)

FORM B1

# United States Bankruptcy Court
## Northern District of Ohio

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Shafer, Jeffrey Todd** | **Shafer, Christina Marie** |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): **DBA Shafer Landscape & Design, Inc.** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): **FDBA Shafer Landscape & Design, Inc.** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): **xxx-xx-9127; 30-0071710** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): **xxx-xx-6788; 30-0071710** |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **1061 Liberty Ave.** **Barberton, OH 44203** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): **1061 Liberty Ave.** **Barberton, OH 44203** |
| County of Residence or of the Principal Place of Business: **Summit** | County of Residence or of the Principal Place of Business: **Summit** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other______________
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 13
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

- [x] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **FORM B1**, Page 2
Shafer, Jeffrey Todd
Shafer, Christina Marie

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Jeffrey Todd Shafer
Signature of Debtor Jeffrey Todd Shafer

X /s/ Christina Marie Shafer
Signature of Joint Debtor Christina Marie Shafer

Telephone Number (If not represented by attorney)

August 17, 2005
Date

### Signature of Attorney

X /s/ Martha Hom
Signature of Attorney for Debtor(s)

Martha Hom 0069641
Printed Name of Attorney for Debtor(s)

Lynda Harvey Williams and Associates
Firm Name

First National Tower
106 S. Main St., #2300
Akron, OH 44308
Address

Email: grosse0987@hotmail.com
330-376-2272 Fax: 330-376-5618
Telephone Number

August 17, 2005
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X /s/ Martha Hom August 17, 2005
Signature of Attorney for Debtor(s) Date
Martha Hom 0069641

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Ohio

In re **Jeffrey Todd Shafer, Christina Marie Shafer**, Debtors

Case No. ______

Chapter **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | **Yes** | **1** | **67,170.00** | | |
| B - Personal Property | **Yes** | **3** | **8,814.00** | | |
| C - Property Claimed as Exempt | **Yes** | **1** | | | |
| D - Creditors Holding Secured Claims | **Yes** | **1** | | **88,682.00** | |
| E - Creditors Holding Unsecured Priority Claims | **Yes** | **2** | | **11,845.56** | |
| F - Creditors Holding Unsecured Nonpriority Claims | **Yes** | **11** | | **146,083.66** | |
| G - Executory Contracts and Unexpired Leases | **Yes** | **1** | | | |
| H - Codebtors | **Yes** | **1** | | | |
| I - Current Income of Individual Debtor(s) | **Yes** | **1** | | | **1,646.66** |
| J - Current Expenditures of Individual Debtor(s) | **Yes** | **1** | | | **2,359.05** |
| Total Number of Sheets of ALL Schedules | | **23** | | | |
| | | Total Assets | **75,984.00** | | |
| | | | Total Liabilities | **246,611.22** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer** ,
Debtors

Case No. ______________________________

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1061 Liberty Ave., Barberton, OH 44203** | **fee simple** | **J** | **67,170.00** | **88,682.00** |

| | | |
|---|---|---|
| Sub-Total > | **67,170.00** | (Total of this page) |
| Total > | **67,170.00** | |

(Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer**, Debtors

Case No. ______________________

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **in debtor's possession** | **J** | **10.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Charter One** | **J** | **4.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **no one item worth $200 or more** | **J** | **1,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **X** | | | |
| 6. Wearing apparel. | | **personal clothing in debtor's possession** | **J** | **200.00** |
| 7. Furs and jewelry. | | **wedding rings** | **J** | **300.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | **X** | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | **X** | | | |

Sub-Total > **2,014.00**
(Total of this page)

**2** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer**
Debtors

Case No. ______________________

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **800 shares of Shafer Landscaping & Design** | **J** | **0.00** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Krumroy & Cozad Construction for work done 5/2004. Mechanic's lien on A.H.O.P.S.** | **J** | **6,000.00** |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total > **6,000.00**
(Total of this page)

Sheet **1** of **2** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer, Christina Marie Shafer**, Debtors

Case No. ______________________

# SCHEDULE B. PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Jeep lease** | **J** | **Unknown** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | **miscellaneous** | **J** | **800.00** |

Sub-Total > **800.00**
(Total of this page)

Total > **8,814.00**

Sheet **2** of **2** continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer**

Case No. ______________________________

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **1061 Liberty Ave., Barberton, OH 44203** | **Ohio Rev. Code Ann. § 2329.66(A)(1)** | **10,000.00** | **67,170.00** |
| **Cash on Hand** | | | |
| **in debtor's possession** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | **100.00** | **10.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Charter One** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | **4.00** | **4.00** |
| **Household Goods and Furnishings** | | | |
| **no one item worth $200 or more** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(b)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** | | | |
| **personal clothing in debtor's possession** | **Ohio Rev. Code Ann. § 2329.66(A)(3)** | **200.00** | **200.00** |
| **Furs and Jewelry** | | | |
| **wedding rings** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(c)** | **300.00** | **300.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **miscellaneous** | **Ohio Rev. Code Ann. § 2329.66(A)(18)** | **800.00** | **800.00** |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Form B6D
(12/03)

In re **Jeffrey Todd Shafer, Christina Marie Shafer**, Debtors

Case No. ______________________

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Fred Gillespie & Sons, Inc.**<br>**3744 Wadsworth Rd.**<br>**Norton, OH 44203** | | **J** | **2002**<br>**secured interest for business purchase**<br>**All assets and property of Fred Gillespie & Sons, Inc. landscaping business**<br>Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxx5460**<br>**Homeq Servicing Corporation**<br>**P.O. Box 13716**<br>**Sacramento, CA 95853-3716** | | **J** | **First Mortgage**<br>**1061 Liberty Ave., Barberton, OH 44203**<br>Value $ **67,170.00** | | | | **88,682.00** | **21,512.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

**0** continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | **88,682.00** |
| Total (Report on Summary of Schedules) | **88,682.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer** , Case No. ____________
Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1** continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer**
, Debtors

Case No. ______________________

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Ohio Department of Job & Family Ser**<br>**P.O. Box 182404**<br>**Columbus, OH 43218-2404** | | **J** | | | | | **324.00** | **324.00** |
| Account No.<br>**Ohio Property Tax**<br>**220 S. Balch St.**<br>**Suite 118**<br>**Akron, OH 44302-1606** | | **J** | **SH910042**<br>**property tax** | | | | **253.03** | **253.03** |
| Account No. **xxxx5115**<br>**Ohio Sales Tax**<br>**Integrated Billing Unit**<br>**P.O. Box 2678**<br>**Columbus, OH 43216-2678** | | **J** | **2002**<br>**sales taxes** | | | | **11,268.53** | **11,268.53** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) **11,845.56**

Total (Report on Summary of Schedules) **11,845.56**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Form B6F
(12/03)

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer**
Debtors

Case No. ____________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**A.M. Leonard**<br>**241 Fox Dr.**<br>**Piqua, OH 45356-0816** | | **J** | **2004**<br>**Trade debt** | | | | **590.06** |
| Account No.<br>**Akron City Hospital**<br>**P.O. Box 733943**<br>**Cincinnati, OH 45271-0001** | | **W** | **10/2004**<br>**medical services** | | | | **50.00** |
| Account No. **xxxx-xxxxxx-x1003**<br>**American Express**<br>**P.O. Box 360001**<br>**Fort Lauderdale, FL 33306-0001** | | **J** | **2002**<br>**credit card purchases, late fees, interest for business** | | | | **4,939.17** |
| Account No. **xxxx-xxxx-xxxx-4211**<br>**Bank of America**<br>**P.O. Box 5270**<br>**Carol Stream, IL 60197-5270** | | **J** | **2003**<br>**credit card purchases, late fees, interest** | | | | **1,327.99** |

**10** continuation sheets attached

Subtotal (Total of this page) **6,907.22**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 S/N:30833-050630 Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer**
Debtors

Case No. ______________________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bureau of Worker's Compensation**<br>**30 W. Spring St.**<br>**Columbus, OH 43216** | | **J** | **2004**<br>**BWC premiums** | | | | **5,376.55** |
| Account No. **xxxx-xxxx-xxxx-1584**<br><br>**Capital One**<br>**P.O. Box 790216**<br>**Saint Louis, MO 63179-0216** | | **J** | **credit card purchases, late fees, interest** | | | | **637.10** |
| Account No. **xxxx-xxxx-xxxx-9014**<br><br>**Capital One, FSB**<br>**P.O. Box 85184**<br>**Richmond, VA 23285-5184** | | **J** | **2003**<br>**credit card, late fees, interest for business account** | | | | **1,217.00** |
| Account No.<br><br>**Carter Lumber**<br>**601 Tallmadge Rd.**<br>**Mogadore, OH 44260** | | **J** | **2004**<br>**Trade debt** | | | | **1,930.05** |
| Account No. **xxxxxxx6403**<br><br>**Charter One Bank, N.A.**<br>**1215 Superior Ave.**<br>**Cleveland, OH 44114** | | **J** | **2003**<br>**unpaid account** | | | | **1,000.00** |

Sheet no. **1** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **10,160.70**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer**
Debtors

Case No.

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-6211**<br>**Chase Manhattan/Bank One**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | **J** | **2002**<br>**credit card purchases, late fees, interest** | | | | **1,583.38** |
| Account No. **xxxx-xxxx-xxxx-5789**<br>**Citi Bank**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117** | | **J** | **2003**<br>**credit card purchases, late fees, interest** | | | | **3,179.39** |
| Account No. **xxxx-xxxx-xxxx-2887**<br>**Citi Business**<br>**P.O. Box 6309**<br>**The Lakes, NV 88901-6309** | | **J** | **2002**<br>**credit card, late fees, interest for business account** | | | | **6,000.00** |
| Account No. **xxxxxxxxxxxx8487**<br>**Citifinancial**<br>**P.O. Box 9018**<br>**Des Moines, IA 50368-9018** | | **J** | **2003**<br>**credit card purchases, late fees, interest** | | | | **831.22** |
| Account No. **xxxxxxxx-xxx2451**<br>**Citifinancial**<br>**2410 State Rd.**<br>**Cuyahoga Falls, OH 44223-1504** | | **J** | **2003**<br>**money loaned** | | | | **12,067.22** |

Sheet no. **2** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **23,661.21**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer**
, Debtors

Case No. ______________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx-xxx1310**<br>**CitiFinancial, Inc.**<br>**2196 Romig Rd.**<br>**Akron, OH 44320** | | **J** | **2002**<br>**money loaned** | | | | **10,363.35** |
| Account No. **xx4303**<br>**Citizen's Financial Services, Inc.**<br>**1503 South Arlington St.**<br>**P.O. Box 26406**<br>**Akron, OH 44319** | | **J** | **2003**<br>**money loaned** | | | | **1,869.24** |
| Account No.<br>**CNH Capital**<br>**P.O. Box 1083**<br>**Evansville, IN 47706-1083** | | **J** | **2003**<br>**Trade debt** | | | | **1,463.26** |
| Account No.<br>**Davis Tree Farm & Nursery, Inc.**<br>**6126 Neff Rd.**<br>**Valley City, OH 44280-9530** | | **J** | **2003**<br>**Trade debt** | | | | **1,544.46** |
| Account No. **xxxx-xxxx-xxxx-8598**<br>**Discover Bank**<br>**P.O. Box 15251**<br>**Wilmington, DE 19886-5251** | | **J** | **2003**<br>**credit card purchases, late fees, interest** | | | | **4,958.89** |

Sheet no. **3** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **20,199.20**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer**, Debtors

Case No. ____________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5276**<br>**FCI Financial Services**<br>**P.O. Box 13361**<br>**Fairlawn, OH 44334-8761** | | **J** | **2004**<br>**collections account** | | | | **50.00** |
| Account No. **xxxxx4192; xxxxx4922**<br>**Firestone Credit, 1st N.A.**<br>**P.O. Box 81344**<br>**Cleveland, OH 44188-0344** | | **J** | **2003**<br>**credit card purchases, late fees, interest** | | | | **1,092.96** |
| Account No. **xxxx-xxxx-xxxx-1897**<br>**First Merit Bank, N.A.**<br>**295 First Merit Circle**<br>**Akron, OH 44307-2359** | | **J** | **2003**<br>**credit card purchases, late fees, interest** | | | | **1,806.21** |
| Account No.<br>**Flesher Sand & Gravel**<br>**3322 Clark Mill Rd.**<br>**Barberton, OH 44203** | | **J** | **2004**<br>**unpaid account on goods received for business** | | | | **1,670.33** |
| Account No.<br>**Galehouse Tree Farms**<br>**11762 Coal Bank Rd.**<br>**Doylestown, OH 44230** | | **J** | **2004**<br>**Trade debt** | | | | **2,776.75** |

Sheet no. **4** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **7,396.25**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer, Christina Marie Shafer**, Debtors  Case No. ______

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx0002**<br>**Great Lakes**<br>**P.O. Box 3059**<br>**Milwaukee, WI 53201** | | **J** | **student loans** | | | | **9,214.35** |
| Account No.<br>**Hastings Mutual Insurance, Co.**<br>**404 E. Woodlawn Ave.**<br>**Hastings, MI 49058-1091** | | **J** | **Trade debt** | | | | **184.32** |
| Account No. **Project xxxxx9474**<br>**IPA - International Profit Associat**<br>**1275 Barclay Blvd.**<br>**Buffalo Grove, IL 60089** | | **J** | **2003**<br>**unpaid account - business** | | | | **7,000.00** |
| Account No.<br>**John Deere Landscape**<br>**3072 Rt. 303**<br>**Richfield, OH 44286** | | **J** | **Trade debt** | | | | **627.11** |
| Account No. **xx-xxx-480-3**<br>**Kaufmann's**<br>**P.O. Box 94934**<br>**Cleveland, OH 44101-4934** | | **J** | **2005**<br>**credit card purchases, late fees, interest** | | | | **278.00** |

Sheet no. **5** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **17,303.78**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer**
, Debtors

Case No. ______________________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Kloner Supply, LLC**<br>**P.O. Box 49**<br>**Akron, OH 44309** | | **J** | **2004**<br>**Trade debt** | | | | **1,158.20** |
| Account No.<br>**Klyn Nurseries**<br>**3322 S. Ridge Rd.**<br>**P.O. Box 343**<br>**Perry, OH 44081** | | **J** | **Trade debt** | | | | **1,308.64** |
| Account No.<br>**LESCO**<br>**15885 Sprague Rd.**<br>**Strongsville, OH 44136** | | **J** | **2004**<br>**Trade debt** | | | | **563.32** |
| Account No. **xxxx-xxxx-xxxx-4610**<br>**Levin Furniture**<br>**P.O. Box 659704**<br>**San Antonio, TX 78265-9704** | | **J** | **2003**<br>**credit card purchases, late fees, interest** | | | | **2,355.97** |
| Account No.<br>**M.J. Beaven Agency, Inc.**<br>**2799 Copley Rd.**<br>**Akron, OH 44321** | | **J** | **2003**<br>**Trade debt** | | | | **1,106.73** |

Sheet no. **6** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **6,492.86**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer, Christina Marie Shafer**, Debtors

Case No. ____________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Miami Insurance Group**<br>**P.O. Box 249**<br>**1201 Brukner Dr.**<br>**Troy, OH 45373** | | **J** | **2004**<br>**premiums** | | | | **315.75** |
| Account No.<br>**Mulch Makers of Ohio, Inc.**<br>**3307 Clark Mill Rd.**<br>**Barberton, OH 44203** | | **J** | **2005**<br>**purchases** | | | | **65.00** |
| Account No. **xxxx-xxxx-xxxx-8048**<br>**National City Bank**<br>**P.O. Box 4068**<br>**Kalamazoo, MI 49003** | | **J** | **money loaned** | | | | **10,300.00** |
| Account No. **x-x242-1**<br>**National City Bank**<br>**National City Center**<br>**1900 East Ninth Street**<br>**Cleveland, OH 44114** | | **J** | **2003**<br>**money loaned** | | | | **15,000.00** |
| Account No.<br>**Ohio Beauty Cut Stone**<br>**40 W. Turkeyfoot Lake Rd.**<br>**Akron, OH 44319** | | **J** | **2004**<br>**Trade debt** | | | | **7,326.55** |

Sheet no. **7** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **33,007.30**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer**, Debtors

Case No. ______________________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Oligers Seed Co.**<br>**P.O. Box 26306**<br>**Akron, OH 44319-6306** | | **J** | **2004**<br>**Trade debt** | | | | **860.08** |
| Account No.<br>**Precision Design & Construction, In**<br>**249 State Rte. 303**<br>**Streetsboro, OH 44241** | | **J** | **2004**<br>**Trade debt** | | | | **900.00** |
| Account No.<br>**Quality Plant Productions, Inc.**<br>**10001 Broadview Rd.**<br>**Broadview Heights, OH 44147** | | **J** | **2003**<br>**Trade debt** | | | | **1,004.85** |
| Account No.<br>**Sagamore Soils/BET Trucking, Inc.**<br>**2001 Barlow Rd.**<br>**Hudson, OH 44236** | | **J** | **Trade debt** | | | | **Unknown** |
| Account No.<br>**Semple & Eicher, Co., LPA**<br>**One Casecade Plaza**<br>**7th Floor**<br>**Akron, OH 44308** | | **J** | **2004**<br>**legal costs** | | | | **35.00** |

Sheet no. **8** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,799.93**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer**, Debtors

Case No. ________________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Subcontractors Association of NE OH**<br>**76 E. North St.**<br>**Akron, OH 44304** | | **J** | **2005**<br>**Dues** | | | | **630.00** |
| Account No.<br>**Summa Emergency Associates**<br>**P.O. Box 1649**<br>**Akron, OH 44309-1649** | | **J** | **2004**<br>**medical services** | | | | **Unknown** |
| Account No.<br>**The Cottage Gardens, Inc.**<br>**4992 Middle Ridge Rd.**<br>**Perry, OH 44081** | | **J** | **2003**<br>**Trade debt** | | | | **1,442.00** |
| Account No.<br>**Unilock Ohio, Inc.**<br>**12560 Sheets Rd.**<br>**Rittman, OH 44270** | | **J** | **2004**<br>**Trade debt** | | | | **255.63** |
| Account No.<br>**University Publications**<br>**8190 - A Beechmont Ave.**<br>**Dept. 118**<br>**Cincinnati, OH 45255** | | **J** | **2003**<br>**advertising** | | | | **890.00** |

Sheet no. **9** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **3,217.63**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer**, Debtors

Case No. ____________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx3288**<br>**Verizon Directories Corp.**<br>**Attn: Account receivables**<br>**P.O. Box 619009**<br>**Dallas, TX 75261-9009** | | **J** | **2004**<br>**advertising** | | | | **441.50** |
| Account No.<br>**VOLVO Commercial Credit**<br>**P.O. Box 26736**<br>**Salt Lake City, UT 84126** | | **J** | **2004**<br>**Trade debt** | | | | **2,017.94** |
| Account No. **xxxx5812; xxxx2631**<br>**Wells Fargo**<br>**3900 Medina Rd.**<br>**Suite K**<br>**Akron, OH 44333** | | **J** | **2004**<br>**money loaned** | | | | **2,270.48** |
| Account No. **xxxxxxxx28-18**<br>**Wells Fargo**<br>**P.O. Box 29746**<br>**Phoenix, AZ 85038-9746** | | **J** | **2002**<br>**Money loaned for business** | | | | **10,207.66** |
| Account No. | | | | | | | |

Sheet no. **10** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **14,937.58** |
| Total (Report on Summary of Schedules) | **146,083.66** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer**
, Debtors

Case No. ____________

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Chrysler Financial**<br>**P.O. Box 2993**<br>**Milwaukee, WI 53201-2993** | **Lease for Jeep Liberty. Expires 5/27/08** |
| **FG&G Partnership**<br>**3744 Wadsworth Rd.**<br>**Norton, OH 44203** | **Business Property lease.** |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Jeffrey Todd Shafer,**
**Christina Marie Shafer** ,
Debtors

Case No. ______________________

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0** continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Form B6I
(12/03)

In re Jeffrey Todd Shafer
Christina Marie Shafer
Debtor(s)

Case No. ______

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | **None.** | |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **landscaping** | |
| Name of Employer | **Casto** | **unemployed** |
| How long employed | **3 months** | |
| Address of Employer | **Season's Rd.**<br>**Stow, OH 44224** | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **1,863.33** | $ **0.00** |
| Estimated monthly overtime | $ **0.00** | $ **0.00** |
| SUBTOTAL | $ **1,863.33** | $ **0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **216.67** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify) ______ | $ **0.00** | $ **0.00** |
| ______ | $ **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **216.67** | $ **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **1,646.66** | $ **0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **0.00** |
| Income from real property | $ **0.00** | $ **0.00** |
| Interest and dividends | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) ______ | $ **0.00** | $ **0.00** |
| ______ | $ **0.00** | $ **0.00** |
| Pension or retirement income | $ **0.00** | $ **0.00** |
| Other monthly income (Specify) ______ | $ **0.00** | $ **0.00** |
| ______ | $ **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **1,646.66** | $ **0.00** |

TOTAL COMBINED MONTHLY INCOME $ **1,646.66** (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re Jeffrey Todd Shafer
Christina Marie Shafer
Debtor(s)

Case No. ______

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ 756.05 |
| Are real estate taxes included? | Yes X No ___ | |
| Is property insurance included? | Yes X No ___ | |
| Utilities: | Electricity and heating fuel | $ 150.00 |
| | Water and sewer | $ 40.00 |
| | Telephone | $ 48.00 |
| | Other Dish Network | $ 42.00 |
| Home maintenance (repairs and upkeep) | | $ 20.00 |
| Food | | $ 175.00 |
| Clothing | | $ 10.00 |
| Laundry and dry cleaning | | $ 5.00 |
| Medical and dental expenses | | $ 5.00 |
| Transportation (not including car payments) | | $ 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 50.00 |
| Charitable contributions | | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| | Homeowner's or renter's | $ 0.00 |
| | Life | $ 0.00 |
| | Health | $ 295.00 |
| | Auto | $ 178.00 |
| | Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| | (Specify) | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| | Auto | $ 355.00 |
| | Other Furniture | $ 30.00 |
| | Other | $ 0.00 |
| | Other | $ 0.00 |
| Alimony, maintenance, and support paid to others | | $ 0.00 |
| Payments for support of additional dependents not living at your home | | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| Other | | $ 0.00 |
| Other | | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ 2,359.05 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. | Total projected monthly income | $ N/A |
| B. | Total projected monthly expenses | $ N/A |
| C. | Excess income (A minus B) | $ N/A |
| D. | Total amount to be paid into plan each ______ (interval) | $ N/A |

# United States Bankruptcy Court
## Northern District of Ohio

In re **Jeffrey Todd Shafer**
**Christina Marie Shafer**

Debtor(s)

Case No. ______
Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **24** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 17, 2005** Signature **/s/ Jeffrey Todd Shafer**
**Jeffrey Todd Shafer**
Debtor

Date **August 17, 2005** Signature **/s/ Christina Marie Shafer**
**Christina Marie Shafer**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Ohio

| | | | |
|---|---|---|---|
| In re | Jeffrey Todd Shafer<br>Christina Marie Shafer | Case No. | |
| | Debtor(s) | Chapter | 7 |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$25,638.00** | **2004 gross income from employment** |
| **$34,131.00** | **2003 gross income** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lynda Harvey Williams and Associates**<br>**First National Tower**<br>**106 S. Main St., #2300**<br>**Akron, OH 44308** | **4/21/05** | **$900** |

**10. Other transfers**

None ■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Shafer Landscape & Design, Inc.** | **30-0071710** | **3744 Wadsworth Rd. Norton, OH 44203** | **landscape & design, construction** | **4/2002 through 12/2004** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement* ***only*** *if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Schulte & Co.<br>600 S. Cleveland Massillon Rd.<br>Akron, OH 44333** | **May 2002 through 12/2004** |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Schulte & Company** | **600 S. Cleveland Massillon Rd.<br>Akron, OH 44333** | **May 2002 through 12/2004** |

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME ADDRESS

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **International Profit Associates<br>Chicago, IL** | **8/2004** |

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY INVENTORY SUPERVISOR DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS NATURE OF INTEREST PERCENTAGE OF INTEREST

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Jeff Shafer<br>3744 Wadsworth Rd.<br>Norton, OH 44203** | **President** | **50%** |
| **Christina Shafer<br>3744 Wadsworth Rd.<br>Norton, OH 44203** | **Vice PResident** | **50%** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME ADDRESS DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **August 17, 2005** Signature **/s/ Jeffrey Todd Shafer**
**Jeffrey Todd Shafer**
Debtor

Date **August 17, 2005** Signature **/s/ Christina Marie Shafer**
**Christina Marie Shafer**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Official Form 8
(12/03)

# United States Bankruptcy Court
## Northern District of Ohio

In re **Jeffrey Todd Shafer**
**Christina Marie Shafer**

Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| | Description of Property | Creditor's name |
|---|---|---|
| **1.** | **All assets and property of Fred Gillespie & Sons, Inc. landscaping business** | **Fred Gillespie & Sons, Inc.** |

*b. Property to Be Retained* *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1.** | **1061 Liberty Ave., Barberton, OH 44203** | **Homeq Servicing Corporation** | **Debtor will retain collateral and continue to make regular payments.** | | |

Date **August 17, 2005**

Signature **/s/ Jeffrey Todd Shafer**
**Jeffrey Todd Shafer**
Debtor

Date **August 17, 2005**

Signature **/s/ Christina Marie Shafer**
**Christina Marie Shafer**
Joint Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Ohio

In re **Jeffrey Todd Shafer**
**Christina Marie Shafer**

Debtor(s)

Case No. ____________
Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **900.00** |
| Prior to the filing of this statement I have received | $ | **900.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **Members of law firm**

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **August 17, 2005**

**/s/ Martha Hom**

**Martha Hom 0069641**
**Lynda Harvey Williams and Associates**
**First National Tower**
**106 S. Main St., #2300**
**Akron, OH 44308**
**330-376-2272 Fax: 330-376-5618**
**grosse0987@hotmail.com**

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Ohio

In re **Jeffrey Todd Shafer**
**Christina Marie Shafer**
Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **August 17, 2005**

**/s/ Jeffrey Todd Shafer**
**Jeffrey Todd Shafer**
Signature of Debtor

Date: **August 17, 2005**

**/s/ Christina Marie Shafer**
**Christina Marie Shafer**
Signature of Debtor

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

A.M. Leonard
241 Fox Dr.
Piqua, OH 45356-0816

Akron City Hospital
P.O. Box 733943
Cincinnati, OH 45271-0001

American Express
P.O. Box 360001
Fort Lauderdale, FL 33306-0001

Bank of America
P.O. Box 5270
Carol Stream, IL 60197-5270

Bureau of Worker's Compensation
30 W. Spring St.
Columbus, OH 43216

Capital One
P.O. Box 790216
Saint Louis, MO 63179-0216

Capital One, FSB
P.O. Box 85184
Richmond, VA 23285-5184

Carter Lumber
601 Tallmadge Rd.
Mogadore, OH 44260

Charter One Bank, N.A.
1215 Superior Ave.
Cleveland, OH 44114

Chase Manhattan/Bank One
P.O. Box 15153
Wilmington, DE 19886-5153

Citi Bank
P.O. Box 6500
Sioux Falls, SD 57117

Citi Business
P.O. Box 6309
The Lakes, NV 88901-6309

Citifinancial
P.O. Box 9018
Des Moines, IA 50368-9018

Citifinancial
2410 State Rd.
Cuyahoga Falls, OH 44223-1504

CitiFinancial, Inc.
2196 Romig Rd.
Akron, OH 44320

Citizen's Financial Services, Inc.
1503 South Arlington St.
P.O. Box 26406
Akron, OH 44319

CNH Capital
P.O. Box 1083
Evansville, IN 47706-1083

Davis Tree Farm & Nursery, Inc.
6126 Neff Rd.
Valley City, OH 44280-9530

Discover Bank
P.O. Box 15251
Wilmington, DE 19886-5251

FCI Financial Services
P.O. Box 13361
Fairlawn, OH 44334-8761

Firestone Credit, 1st N.A.
P.O. Box 81344
Cleveland, OH 44188-0344

First Merit Bank, N.A.
295 First Merit Circle
Akron, OH 44307-2359

Flesher Sand & Gravel
3322 Clark Mill Rd.
Barberton, OH 44203

Fred Gillespie & Sons, Inc.
3744 Wadsworth Rd.
Norton, OH 44203

Galehouse Tree Farms
11762 Coal Bank Rd.
Doylestown, OH 44230

Great Lakes
P.O. Box 3059
Milwaukee, WI 53201

Hastings Mutual Insurance, Co.
404 E. Woodlawn Ave.
Hastings, MI 49058-1091

Homeq Servicing Corporation
P.O. Box 13716
Sacramento, CA 95853-3716

IPA - International Profit Associat
1275 Barclay Blvd.
Buffalo Grove, IL 60089

John Deere Landscape
3072 Rt. 303
Richfield, OH 44286

Kaufmann's
P.O. Box 94934
Cleveland, OH 44101-4934

Kloner Supply, LLC
P.O. Box 49
Akron, OH 44309

Klyn Nurseries
3322 S. Ridge Rd.
P.O. Box 343
Perry, OH 44081

LESCO
15885 Sprague Rd.
Strongsville, OH 44136

Levin Furniture
P.O. Box 659704
San Antonio, TX 78265-9704

M.J. Beaven Agency, Inc.
2799 Copley Rd.
Akron, OH 44321

Miami Insurance Group
P.O. Box 249
1201 Brukner Dr.
Troy, OH 45373

Mulch Makers of Ohio, Inc.
3307 Clark Mill Rd.
Barberton, OH 44203

National City Bank
P.O. Box 4068
Kalamazoo, MI 49003

National City Bank
National City Center
1900 East Ninth Street
Cleveland, OH 44114

Ohio Beauty Cut Stone
40 W. Turkeyfoot Lake Rd.
Akron, OH 44319

Ohio Department of Job & Family Ser
P.O. Box 182404
Columbus, OH 43218-2404

Ohio Property Tax
220 S. Balch St.
Suite 118
Akron, OH 44302-1606

Ohio Sales Tax
Integrated Billing Unit
P.O. Box 2678
Columbus, OH 43216-2678

Oligers Seed Co.
P.O. Box 26306
Akron, OH 44319-6306

Precision Design & Construction, In
249 State Rte. 303
Streetsboro, OH 44241

Quality Plant Productions, Inc.
10001 Broadview Rd.
Broadview Heights, OH 44147

Sagamore Soils/BET Trucking, Inc.
2001 Barlow Rd.
Hudson, OH 44236

Semple & Eicher, Co., LPA
One Casecade Plaza
7th Floor
Akron, OH 44308

Subcontractors Association of NE OH
76 E. North St.
Akron, OH 44304

Summa Emergency Associates
P.O. Box 1649
Akron, OH 44309-1649

The Cottage Gardens, Inc.
4992 Middle Ridge Rd.
Perry, OH 44081

Unilock Ohio, Inc.
12560 Sheets Rd.
Rittman, OH 44270

University Publications
8190 - A Beechmont Ave.
Dept. 118
Cincinnati, OH 45255

Verizon Directories Corp.
Attn: Account receivables
P.O. Box 619009
Dallas, TX 75261-9009

VOLVO Commercial Credit
P.O. Box 26736
Salt Lake City, UT 84126

Wells Fargo
3900 Medina Rd.
Suite K
Akron, OH 44333

Wells Fargo
P.O. Box 29746
Phoenix, AZ 85038-9746